FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 05, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLIVER F. FORCIER, SR., <br><br> Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br><br> Defendant. | No.   1:14-CV-3110-SMJ <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court is Magistrate Judge Bianchini's December 14, 2015 Report and Recommendation, ECF No. 20, recommending that the Court grant the Commissioner's Motion for Summary Judgment.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court adopts the Report and Recommendation in its entirety.

//

//

//

//

//

ORDER **-** 1

Accordingly, **IT IS HEREBY ORDERED**:

1. The Report and Recommendation, **ECF No. 20**, is **ADOPTED** in its entirety.

2. This file shall be **CLOSED and JUDGMENT** shall be **ENTERED** for the Defendant.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel and Magistrate Judge Bianchini.

**DATED** this 5th day of January 2016.

_____
SALVADOR MENDOZA, JR.
United States District Judge