UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| OLIVER F. FORCIER, SR., <br><br>  Plaintiff, <br><br> v. <br><br> CAROLYN W. COLVIN, <br> Commissioner of Social Security, <br><br> Defendant. | No.   1:14-CV-3110-SMJ <br><br> JUDGMENT IN A <br> CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: January 5, 2016

                                          SEAN F. McAVOY
                                          Clerk of Court

                                          By:  *s/Lennie Rasmussen*
                                                  Deputy Clerk